**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SUBREENA GREEN,**

        **Plaintiff,**

**-vs-**          **Case No. 6:09-cv-1936-Orl-28DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____

# ORDER

This case is before the Court on a review of the Commissioner of Social Security's ("Commissioner") administrative decision to deny Plaintiff's application on behalf of the minor Claimant for Child's Supplemental Security Income Benefits (Doc. No. 1). The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be reversed and the matter remanded to the Commissioner for additional consideration.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.  That the Report and Recommendation filed October 27, 2010 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The administrative decision of the Commissioner of Social Security denying Plaintiff's application on behalf of the minor Claimant for Child's Supplemental Security Income benefits is **REVERSED**.

3. This case is **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for reconsideration of the entire administrative record and for a clear explanation as to the weight afforded the evidence.

4. The Clerk of the Court is directed to enter judgment in accordance with this Order and to thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___29th___ day of November, 2010.

Copies furnished to:

JOHN ANTOON II
United States District Judge

United States Magistrate Judge
Counsel of Record
Unrepresented Party