# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SUBREENA GREEN,**

        **Plaintiff,**

**-vs-**                                         **Case No.  6:09-cv-1936-Orl-28DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion for Attorney's Fees under the EAJA (Doc. No. 20) filed February 2, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 4, 2011 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Attorney's Fees under the EAJA (Doc. No. 20) is **GRANTED**.

3. The Clerk of the Court is directed to enter judgment in favor of the Plaintiff in the amount of $2,485.40 in attorney's fees and $350.00 in costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 25th day of February, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge